UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEICO MARINE INSURANCE COMPANY, Foreign insurer<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SCHLADETZKY, an individual<br><br>Defendant. | No. 2:19-cv-00344<br><br>[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND JUDGMENT AGAINST MICHAEL SCHLADETZKY<br><br>NOTE FOR MOTION CALENDAR: MAY 23, 2019 |

THIS MATTER comes before the Court on GEICO Marine Insurance Company's Motion for Default Judgment (Dkt. #9). The Court has considered the Motion, as well as the filings and pleadings in the court docket.

IT IS HEREBY ORDERED that GEICO Marine Insurance Company's Motion for Entry of Default Judgment is GRANTED. Default Judgment is hereby entered against defendant Michael Schladetzky as follows:

(1) Michael Schladetzky has misrepresented material facts to GEICO Marine Insurance Company in his claim for insurance benefits under Policy #BUS5999518-00 ("Policy") related to the October 8, 2018 fire loss of the vessel Discovery.

[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND JUDGMENT – PAGE 1
CAUSE NO. 2:19-CV-00344

2361556 / 1684.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

(2) Michael Schladetzky has breached the conditions of the Policy by failing to cooperate in the investigation of the claim for insurance benefits related to the October 8, 2018 fire loss of the vessel Discovery.

(3) Michael Schladetzky's misrepresentations constitute fraud, misrepresentation and are a breach of the insurance Policy # BUS5999518-00 issued by GEICO Marine Insurance Company.

(4) Based on Mr. Schladetzky's material misrepresentations, Policy # BUS5999518-00 with policy period July 18, 2018 – July 18, 2019 is void as a matter of law from the beginning of the policy period.

(5) Michael Schladetzky is not entitled to coverage, including but not limited to coverage under the Policy for A. HULL & EQUIPMENT, C. BOATING LIABILITY (PROTECTION & INDEMNITY) and H. PERSONAL EFFECTS for the underlying loss related to the October 8, 2018 fire of the vessel Discovery.

(6) GMIC has no duty to defend or indemnify Mr. Schladetzky under the Policy.

(7) Any obligation of GMIC to defend or indemnify Mr. Schladetzky for the underlying loss shall end as of the date this Judgment is entered.

ORDERED this 12th day of June, 2019.

WILLIAM M. McCOOL, Clerk of Court

By: _____

James L. Robart
U.S. District Judge

[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AND JUDGMENT – PAGE 2
CAUSE NO. 2:19-CV-00344

2361556 / 1684.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1 | Presented by:

2 | **FORSBERG & UMLAUF, P.S.**

3

4 | By: *s/ Ryan J. Hesselgesser*
    Ryan J. Hesselgesser, WSBA #40720
5 | 901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
6 | Tel: (206) 689-8500
    Fax: (206) 689-8501
7 | Email: RHesselgesser@FoUm.law
    Attorney for Plaintiff GMIC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AND JUDGMENT – PAGE 3
CAUSE NO. 2:19-CV-00344

2361556 / 1684.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX